## Commonwealth ex rel. Zoldak, Appellant, *v.* Maroney.

Submitted November 8, 1965. *Albert Zoldak,* appellant, in propria persona;

*William Caruthers,* Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.